UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS J. WAMBA,

    Petitioner,

v.

JEFFREY A. UTTECHT, in his capacity as Superintendent of the Coyote Ridge Corrections Center,

    Respondent.

C19-661 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 7, to which petitioner has objected, *see* docket no. 8, and petitioner's motion to substitute Jeffrey A. Uttecht, the Superintendent of the Coyote Ridge Corrections Center, for the State of Washington, as the respondent in this matter, docket no. 9. Having reviewed the R&R, petitioner's objections and motion to substitute, and the petition under 28 U.S.C. § 2254 for writ of habeas corpus, docket no. 6, the Court ORDERS as follows:

(1) Petitioner's motion to substitute, docket no. 9, is GRANTED, and Jeffrey A. Uttecht, in his capacity as Superintendent of the Coyote Ridge Corrections Center, is SUBSTITUTED for the State of Washington, as respondent in this matter;

ORDER - 1

(2) The Report and Recommendation, docket no. 7, is ADOPTED;

(3) The petition for writ of habeas corpus, docket no. 6, is DISMISSED without prejudice for failure to exhaust state court remedies;

(4) A certificate of appealability is DENIED; and

(5) The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record, petitioner pro se, and Magistrate Judge Theiler.

IT IS SO ORDERED.

Dated this 13th day of June, 2019.

Thomas S. Zilly
United States District Judge